UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY PUDAS | CIVIL ACTION |
| VERSUS | NO: 18-10052 |
| ST. TAMMANY PARISH, LOUISIANA, RANDY SMITH, AND PAT BRISTER, IN THEIR OFFICIAL CAPACITIES | SECTION: "J"(3) |

## ORDER

Considering the foregoing *Joint Motion to Extend Stay Indefinitely to Allow Parties to Consummate Settlement* **(Rec. Doc. 38)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that in order to allow the governing authority of St. Tammany Parish to authorize the funds necessary to consummate the settlement the above-captioned proceedings are hereby stayed indefinitely.

New Orleans, Louisiana, this 23rd day of March, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE